CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
JUL 16 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| WAKEEL ABDUL-SABUR, ) | |
| Petitioner, ) | Civil Action No. 7:07-cv-00336 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Hon. Norman K. Moon |
| Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that the above referenced motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice as successive and this case is **STRICKEN** from the active docket of the court.

Abdul-Sabur is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 60 days of the entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the petitioner.

ENTER: This 16th day of July, 2007.

/s/ Norman K. Moon
United States District Judge